1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  JOEL B. YOUNG, SBN 236662
   2039 Shattuck Avenue, Suite 308
3  Berkeley, California  94704
   Telephone: (510) 788-5100
4  Facsimile:  (510) 291-3226
   E-mail:     sgt@tidricklaw.com
5  E-mail:     jby@tidricklaw.com

6  Attorneys for Individual and Representative
   Plaintiff ROXANNE KINNEY
7
   LITTLER MENDELSON, P.C.
8  ROBERT G. HULTENG, Bar No. 071293
   AURELIO J. PÉREZ, Bar No. 282135
9  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
10 Telephone: 415.433.1940
11 Facsimile: 415.399.8490

12 Attorneys for Defendant NATIONAL EXPRESS
   TRANSIT SERVICES CORPORATION
13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  ROXANNE KINNEY, on behalf of herself and all others similarly situated, | Civil Case No. 2:14-CV-01615-TLN-EFB |
| 17 | **STIPULATION AND ORDER EXTENDING CASE DEADLINES IN ORDER TO PURSUE PRIVATE MEDIATION** |
| 18                Plaintiff, | |
| 19      v. | |
| 20  NATIONAL EXPRESS TRANSIT SERVICES CORPORATION; and DOES 1-100, | Complaint Filed:  November 26, 2013 |
| 21 | Amended Complaint Filed:  October 9, 2014 |
| 22                Defendants. | |

1

Plaintiff ROXANNE KINNEY ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant NATIONAL EXPRESS TRANSIT SERVICES CORPORATION ("National Express" or "Defendant") hereby stipulate and request as follows:

**WHEREAS,** on **December 17, 2014** the Court issued a pretrial scheduling order (the "Order," Dckt #9), which Order set deadlines for pre-certification discovery, expert witness disclosure, and any motion for class certification.

**WHEREAS,** following the exchange of formal and informal discovery the Parties have agreed to attend a private mediation in San Francisco, CA overseen by Michael Dickstein.  Mr. Dickstein is a nationally-recognized mediator of wage and hour class action lawsuits who has mediated hundreds of class actions across North America

**WHEREAS,** Mr. Dickstein's schedule is booked far in advance, and the Parties' have been unable to schedule a full-day mediation with Mr. Dickstein before November 3, 2015.

**WHEREAS,** the Parties believe that it would be most efficient for the Parties and the Court, if the deadlines in the Order were all continued approximately 120 days so as to allow the Parties to prepare for and pursue a mutually amenable resolution to their dispute prior to incurring additional fees and costs associated with litigation.

**THEREFORE,** the Parties request that the Court:

1. Extend the Parties' deadline to complete pre-certification discovery by 120 days, from September 17, 2015 to January 15, 2016;
2. Extend the Parties' deadline to complete pre-certification expert witness disclosure by 120 days, from October 15, 2015 to February 12, 2016; and

///
///
///
///
///
///

    **3.**    Extend the deadline to file a motion for class certification by 120 days, from December 10, 2015 to **April 7, 2016.**

Respectfully submitted,

Dated: July 31, 2015    THE TIDRICK LAW FIRM

By:    */s/ Steven G. Tidrick*

STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
THE TIDRICK LAW FIRM
2039 Shattuck Avenue, Suite 308
Berkeley, California  94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative Plaintiff ROXANNE KINNEY

Dated: July 31, 2015    LITTLER MENDELSON, P.C.

By:    */s/ Arelio J. Perez*

LITTLER MENDELSON, P.C.
ROBERT G. HULTENG, Bar No. 071293
AURELIO J. PÉREZ, Bar No. 282135
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant NATIONAL EXPRESS TRANSIT SERVICES CORPORATION

**IT IS SO ORDERED.**

Dated:  August 7, 2015

_____
Troy L. Nunley
United States District Judge