THE TIDRICK LAW FIRM
STEVEN G. TIDRICK, SBN 224760
JOEL B. YOUNG, SBN 236662
2039 Shattuck Avenue, Suite 308
Berkeley, California 94704
Telephone: (510) 788-5100
Facsimile: (510) 291-3226
E-mail: sgt@tidricklaw.com
E-mail: jby@tidricklaw.com

Attorneys for Individual and Representative
Plaintiff ROXANNE KINNEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE KINNEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EXPRESS TRANSIT SERVICES CORPORATION,<br><br>Defendant. | No. 2:14-cv-01615-TLN-DB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

Before this Court is Plaintiff's unopposed Motion for Preliminary Approval of Class Settlement ("Motion"). (ECF No. 22.) Defendant filed a statement of non-opposition. (ECF No. 23.)

Having considered the memoranda and declarations, oral arguments of counsel, and the relevant statutory and case law, the Court GRANTS Plaintiff's Motion and orders and finds as follows:

1. The Parties' Proposed Joint Stipulation of Settlement and Release and the attachments thereto, including the proposed notice to class members and claim form, filed January 26, 2016 ("Settlement Agreement") (Docket No. 20-1), are preliminarily approved.

2. The following Class and Collective Action is certified for settlement purposes only pursuant to Federal Rules of Civil Procedure 23 and 29 U.S.C. § 216(b): All individuals who are or have been employed as non-exempt bus operators on or after May 25, 2013 through the date of preliminary approval ("Class Period") in California, excluding any individual who was not employed on or after July 1, 2013, or was not a member of the Amalgamated Transit Union, Local Division 192. Notwithstanding the above, the Class shall include every individual who has filed a consent to join this action as of November 3, 2015.

3. Plaintiffs' attorneys, Steven G. Tidrick, Esq. and Joel Young, Esq. of The Tidrick Law Firm are appointed Class Counsel, and Plaintiff Roxanne Kinney is appointed as the Class Representative.

4. Simpluris is appointed as the settlement administrator. The administrator shall distribute to the class the notice and claim form pursuant to the procedures set forth in the Settlement Agreement.

5. The Opt-Out deadline as proposed in the Settlement Agreement shall be **sixty (60) calendar days** from the date the Settlement Administrator mails the Settlement Documents to Class Members, and that if the 60th day falls on a Sunday or holiday, the Opt-Out Period shall end on the next business day that is not a Sunday or holiday.

6. The deadline for objections to final approval of the settlement shall be **fourteen (14) calendar days** following the Opt-Out deadline.

7. Class Counsel shall file and serve their motion for attorney's fees, litigation costs, and Service Enhancement Payment, along with all supporting evidence, at **least twenty-eight (28) days before** the deadline for objections. Class Counsel shall file and serve the motion for final approval of this Settlement, along with all supporting evidence, no later than **ten (10) calendar days** after the deadline for objections.

8. The final approval hearing be set for the following date and time: **January 11, 2018, at 2:00 P.M.**

9. The settlement is deemed filed as of the date of preliminary approval for purposes of providing notice to the appropriate officials pursuant to 28 U.S.C. § 1715.

IT IS SO ORDERED.

Dated: August 7, 2017

_____
Troy L. Nunley
United States District Judge