1  THE TIDRICK LAW FIRM
   STEVEN G. TIDRICK, SBN 224760
2  JOEL B. YOUNG, SBN 236662
   2039 Shattuck Avenue, Suite 308
3  Berkeley, California 94704
   Telephone: (510) 788-5100
4  Facsimile: (510) 291-3226
   E-mail: sgt@tidricklaw.com
5  E-mail: jby@tidricklaw.com

6  Attorneys for Individual and Representative
   Plaintiff ROXANNE KINNEY

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                          No. 2:14-cv-01615-TLN-EFB
11  ROXANNE KINNEY, on behalf of herself and
    all others similarly situated,            **ORDER TO SEAL DECLARATION OF**
12                                            **CASSANDRA CITA**
                   Plaintiff,
13
         v.
14
    NATIONAL EXPRESS TRANSIT
15  SERVICES CORPORATION,

16                 Defendant.

17

18        Having considered Plaintiff's Request to Seal Documents, any response received

19  within three (3) days of the date of service of the Notice of Request to Seal Document

20  pursuant to E.D. Cal. Local Rule 141, the document at issue, the relevant statutory and case

21  law, including Fed. R. Civ. P. 5.2, the Court GRANTS Plaintiff's Request to Seal Document

22  and finds and orders as follows:

23        The Court finds that the Declaration of Cassandra Cita (ECF No. 35-1) should be filed

24  under seal. Plaintiff is ordered to file the document under seal.

25        It is so ORDERED.

26  Dated: November 28, 2017

27

28                                      _____
                                        Troy L. Nunley
                                        United States District Judge